**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| Western Onion Sales, Inc., a corporation, )<br> )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>Kidco Farms Processing, Inc., a )<br>corporation, Kidco Farms Inc., a )<br>corporation, Kidco Produce Farms, LLP, )<br>a limited liability partnership; )<br>Van Amundson, an individual; Monte )<br>Benz, an individual; Terry Smith, an )<br>individual; and Rodney Holth, an )<br>an individual, )<br> )<br>Defendants. ) | **ORDER GRANTING MOTION FOR**<br>**ADMISSION PRO HAC VICE**<br><br><br><br><br>Case No. 1:06-cv-066 |

Before the court is the plaintiff's Motion for attorney Bart M. Botta to appear Pro Hac Vice on its behalf. In accordance with Local Rule 79.1(D), Mr. Barta has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the clerk. Accordingly, the plaintiff's motion (Docket No. 2) is **GRANTED**. Mr. Barta is admitted to practice before this court in the above-entitled action on behalf of the plaintiff.

**IT IS SO ORDERED.**

Dated this 18th day of August, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge